**Order entered October 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00480-CV

**DALLAS COUNTY, TEXAS Appellant**

**V.**

**ROY LOGAN, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06270**

## ORDER

Before the Court is the October 17, 2013 "Unopposed Motion for Extension of Time to File Appellant's Supplemental Brief" of appellant Dallas County, Texas. In a letter from this Court dated October 10, 2013, appellant was informed that its deadline for filing a supplemental brief was October 21, 2013. Appellant's motion requests a ten-day extension of that deadline, "up to and including October 31, 2013." However, appellant filed its supplemental brief on October 21, 2013, within the original deadline. Therefore, we **DENY** appellant's motion as moot. Further, pursuant to this Court's October 10, 2013 letter described above, appellee's deadline for filing a supplemental brief is October 30, 2013.

/s/     DOUGLAS S. LANG
        JUSTICE